**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**TIMMY SMITH**  **PLAINTIFF**

**VS.**  **CAUSE No.: 4:13cv61-NBB-JMV**

**HUMPHREYS COUNTY, MISSISSIPPI,
RONNIE BUCHANAN, SAM DOBBINS,
J.D. "BUBBA" ROSEMAN (in both his official and
individual capacities) AND JOHN DOES 1-5**  **DEFENDANT**

## ORDER

This matter came before the Court on the unopposed Motion of Plaintiff Timmy Smith for the entry of an Order requiring Lawrence Browder, the Chancery Clerk of Humphreys County, Mississippi, to release a certain civil file to Plaintiff's counsel for inspection and copying. Having considered the Motion, the Court finds that it is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that within fourteen (14) days of the date of this Order, Lawrence Browder, Chancery Clerk of Humphreys County, Mississippi, shall make available the entire file in "Ronny Buchanan, Chief Deputy, HCSO v. Timothy Smith, Civil Action 2012-0216," as well as all related documents and entries.

**SO ORDERED** this 24th day of April 2013.

/s/Jane M. Virden
U.S. MAGISTRATE JUDGE