AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| Timmy Smith | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:13-cv-0061-NBB-JMV |
| | ) | |
| Humphreys County, Mississippi, et al. | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Mississippi Department of Public Safety, MBI c/o Jim Hood, Attorney General
550 High Street, Suite 1200, Jackson, MS 39201

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit "A"

| Place: Flechas & Associates, P.A.<br>318 South State Street<br>Jackson, MS 39201 | Date and Time:<br>05/08/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: April 12, 2013

*CLERK OF COURT*

_____ OR _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Timmy Smith___
_____, who issues or requests this subpoena, are:

Ronald E. Stutzman, Jr., Flechas & Associates, P.A., 318 South State Street, Jackson, Mississippi 39201;
ronnie.stutzman@gmail.com; (601) 981-9221, Ext. 206

## Exhibit "A"

This Exhibit "A" is a part of the Subpoena Duces Tecum issued to the Mississippi Department of Public Safety, Mississippi Bureau of Investigation. Pursuant to said Subpoena Duces Tecum, the Mississippi Bureau of Investigation is to make available for inspection and copying the following books, papers, documents, videos, and other tangible things:

1. Any and all witness statements, records of communications, reports, findings, determinations, and any and all other documents pertaining to MBI's investigation into the October 17, 2012 beating of Timmy Smith in the Humphreys County Jail located in Belzoni, Humphreys County, Mississippi.

2. Any and all notes, photographs, diagrams or similar documents relating to the investigation of the October 17, 2012 beating of Timmy Smith which occurred at the Humphreys County Jail located in Belzoni, Humphreys County, Mississippi.

3. Any and all documents or other tangible things which were produced to, or received from, any governmental entity or governmental employee regarding or related to the October 17, 2012 beating of Timmy Smith which occurred at the Humphreys County Jail located in Belzoni, Humphreys County, Mississippi.

4. Any and all voice, video, digital, computerized, documents or other tangible records regarding or relating to the beating of Timmy Smith on October 17, 2012 which occurred at the Humphreys County Jail located in Belzoni, Humphreys County, Mississippi.

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:13-cv-0061-NBB-JMV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows:
Ms. Bureau of Investigation
on *(date)* 4-18-2013 or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May-1-2013

_____
Server's signature

Willie Woods
Printed name and title

318 South State Jackson Ms. 39201
Server's address

Additional information regarding attempted service, etc: