AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| Timmy Smith | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:13-cv-0061-NBB-JMV |
| | ) | |
| Humphreys County, Mississippi, et al. | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: MedStat EMS, 500 C C Road, Belzoni, Mississippi 39038

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: See Exhibit "A"

| Place: Flechas & Associates, P.A. 318 South State Street Jackson, MS 39201 | Date and Time: 05/09/2013 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 4/18/13

*CLERK OF COURT*

OR _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ____Timmy Smith____
_____, who issues or requests this subpoena, are:

Ronald E. Stutzman, Jr., Flechas & Associates, P.A., 318 South State Street, Jackson, Mississippi 39201; ronnie.stutzman@gmail.com; (601) 981-9221, Ext. 206

## Exhibit "A"

This Exhibit "A" is a part of the Subpoena Duces Tecum issued to MedStat EMS. Pursuant to said Subpoena Duces Tecum, MedStat EMS is to make available for inspection and copying the following books, papers, documents, and other tangible things:

1. Any and all records of communications, run reports, narratives, internal memos, and any and all other documents pertaining to the emergency care rendered to Timmy Smith (or which you attempted to render to him) on October 17, 2012 in Humphreys County, Mississippi.

2. Any and all records or other tangible evidence evidencing the scene of the October 17, 2012 incident involving Timmy Smith at the Humphreys County Jail, including, but not limited to, any and all written, recorded or other tangible records of communication with law enforcement officers or other individuals on scene.

3. Any and all call log books for October 17, 2012.

4. Any and all voice, video, digital, computerized, or other tangible records of all calls received from the Humphreys County Jail, Humphreys County Sheriff's Department, or other individuals regarding Timmy Smith on October 17, 2012.

5. Any and all notes, diaries, memos or similar tangible records kept or produced by any agent of MedStat EMS pertaining to the scene at which treatment was rendered to Timmy Smith on October 17, 2012.

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:13-cv-0061-NBB-JMV

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows:
_Med-Stat EMS_ _____
on *(date)* _4-18-2013_ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _May-1-2013_

_[signature]_
Server's signature

_Millie Moore_
Printed name and title

_318 South State St Jackson MS 39201_
Server's address

Additional information regarding attempted service, etc: