IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TIMMY SMITH                                                                                          PLAINTIFF

VS.                                                                         CIVIL ACTION NO.:4:13CV61-JMV

HUMPHREYS COUNTY, MISSISSIPPI,
RONNIE BUCHANAN, SAM DOBBINS,
J.D. "BUBBA" ROSEMAN (in both his official and
individual capacities) AND JOHN DOES 1-5                                                     DEFENDANTS

JUDGMENT DISMISSING ACTION
BY REASON OF SETTLEMENT

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

The attorneys are directed to submit to the Court a proposed agreed order of dismissal with prejudice, if appropriate.

This the 7th day of June 2013.

/s/ Jane M. Virden
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE